John A. Vogt (State Bar No. 198677)
javogt@JonesDay.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612.4408
Telephone:  +1.949.851.3939
Facsimile:  +1.949.553.7539

Thomas Demitrack (admitted *pro hac vice*)
tdemitrack@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone:  (216) 586-7141
Facsimile:  (216) 579-0212

Lee A. Armstrong (admitted *pro hac vice*)
laarmstrong@jonesday.com
William J. Hine (admitted *pro hac vice*)
wjhine@jonesday.com
JONES DAY
250 Vesey Street
New York, NY  10281-1047
Telephone:  (212) 326-3684
Facsimile:  (212) 755-7306

*Attorneys for Defendant Sirius XM Radio Inc.*

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WRIGHT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIRIUS XM RADIO INC.,<br><br>Defendant. | Case No. 8:16-cv-01688-JVS-JCG<br><br>**ORDER GRANTING SIRIUS XM'S MOTION TO DISMISS THE COMPLAINT AND COMPEL COMPLIANCE WITH DISPUTE RESOLUTION PROCEDURES IN THE PARTIES' AGREEMENT**<br><br>Hearing Date: April 24, 2017<br>Hearing Time: 1:30 p.m.<br>Courtroom: 10C<br><br>Complaint Filed: Sept. 12, 2016 |

1  Defendant Sirius XM Radio Inc.'s ("SiriusXM") Motion to Dismiss and
2  Compel Compliance with Dispute Resolution Procedures in the Parties' Agreement
3  came on for hearing on April 24, 2016 at 1:30 pm, in Courtroom 10C of this Court,
4  the Hon. James V. Selna presiding. Appearances of counsel were made on the
5  record.

6  Having read and considered the supporting and opposition points and
7  authorities, including the parties' supplemental briefing, having considered
8  arguments of counsel, and good cause appearing therefore, the Court hereby orders
9  and adjudges that SiriusXM's Motion to Dismiss the Complaint and Compel
10 Compliance with Dispute Resolution Procedures in the Parties' Agreement, dated
11 November 14, 2016, is GRANTED.

12 IT IS FURTHER ORDERED that the Complaint is dismissed in its entirety
13 without prejudice in order to eliminate any adverse effects of such a dismissal on
14 any arbitration that Wright may choose to pursue. The Court also denies Wright
15 leave to amend and add additional named class representatives. The reasons for the
16 Court's conclusions are set forth in the Court's opinion dated June 1, 2017.

17 IT IS FURTHER ORDERED that, to the extent Plaintiff intends to pursue
18 this matter through arbitration, Plaintiff is directed to first try to resolve this dispute
19 through the informal dispute resolution procedure required by the parties' contract,
20 and in the event such informal dispute resolution procedure fails to resolve this
21 case, Plaintiff is directed either (a) to arbitrate his individual claim against
22 SiriusXM before the American Arbitration Association or (b) to pursue that claim
23 in small claims court.

24 **IT IS SO ORDERED.**

26 Dated: June 15, 2017

_____
HON. JAMES V. SELNA
United States District Judge