FILED

**NOT FOR PUBLICATION**

DEC 10 2018

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PAUL WRIGHT, individually and on behalf of all others similarly situated, | No.   17-55928 |
| Plaintiff-Appellant, | D.C. No. 8:16-cv-01688-JVS-JCG Central District of California, Santa Ana |
| v. | |
| SIRIUS XM RADIO INC., | |
| Defendant-Appellee. | ORDER |

Before:  RAWLINSON and BEA, Circuit Judges, and RICE,* Chief District Judge.

Pursuant to Federal Rule of Appellate Procedure 42(b), Plaintiff-Appellant

Paul Wright moved to dismiss the appeal at oral argument, and Defendant-

Appellee Sirius XM Radio Inc. concurred in the motion.  The motion is

GRANTED, and this appeal is DISMISSED.

A copy of this order shall serve as the mandate of the court.

---

\*     The Honorable Thomas O. Rice, Chief United States District Judge
for the Eastern District of Washington, sitting by designation.